■ JOSEPHINE MIGLIORISI et al., Appellants, v. RKO-KEITH-ORPHEUM THEATRES, INC., Respondent.— In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from so much of an order, on reargument, as denies appellants' motion for a special preference pursuant to rule 151 of the Rules of Civil Practice. Order modified by striking from the second ordering paragraph the words " that the original decision is adhered to and ", by striking from the third ordering paragraph the word " denied ", and by inserting in place thereof the word " granted ". As so modified, order affirmed, without costs. Appellant Josephine Migliorisi is sixty-eight years of age and, in the uncontroverted opinion of her physicians, will not survive the period in which the action will be reached for trial in regular order under a general preference pursuant to rule 9 of the Kings County Supreme Court Rules alone. A special preference (rule 151) should have been granted. (*Walsh* v. *Federated Dept. Stores*, 283 App. Div. 896; *Hamilton* v. *Bohack Co.*, 284 App. Div. 808.) Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.

■ NANCY NELSON, by Her Guardian ad Litem, OSCAR NELSON, et al., Respondents, v. WILLIAM BARON, Appellant. (Action No. 1.) SHIRLEY FARRIS, Appellant, et al., Plaintiff, v. WILLIAM BARON, Respondent. (Action No. 2.) NANCY NELSON, by Her Guardian ad Litem, OSCAR NELSON, et al., Respondents, v. SHIRLEY FARRIS, Appellant. (Action No. 3.) — Consolidated actions (a) to recover damages for personal injuries alleged to have been sustained by the infant plaintiff in Action No. 1 and Action No. 3 and by Shirley Farris, a plaintiff in Action No. 2, when a motor vehicle owned and operated by her, in which said infant plaintiff was a passenger, was struck by a motor vehicle owned and operated by William Baron, defendant in Action No. 1 and Action No. 2, and (b) by the father and husband, respectively, of said plaintiffs, for medical expenses and loss of services. In Action No. 2, plaintiff Shirley Farris also sues to recover damages for injury to her motor vehicle. The defendants in Action No. 1 and Action No. 3 appeal from a judgment entered on the verdict of the jury against them and in favor of the plaintiffs in those actions. Said defendants also appeal from an order denying their motions to set aside the verdict and for a new trial. Shirley Farris, a plaintiff in Action No. 2, appeals from a judgment entered on the verdict of the jury dismissing the complaint. Judgments and order unanimously affirmed, with one bill of costs to respondents Nelson, payable by appellants Baron and Farris. No opinion. Present — Wenzel, Acting P.,J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.